## Commonwealth *v.* Johnson, Appellant.

Argued April 15, 1975. *Emilio P. Fastuca,* with him *Tobias, Viola & Fastuca,* for appellant; *Louis R. Paulick,* Assistant District Attorney, with him *Robert L. Eberhardt,* Assistant District Attorney, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.